IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DRAZEN MARKOVIC and
DARIUS WALKER,
individually and on behalf of all others
similarly situated,

                Plaintiffs,                                    ORDER

       v.                                              09-cv-42-bbc

DEPARTMENT OF CORRECTIONS OF THE
STATE OF WISCONSIN, RICHARD F. RAEMISCH,
JOHN BETT, LARRY JENKINS, MICHAEL REIGH,
JACKIE KUHN, J.L. MARCUS INC.,
UNION SUPPLY INC., ACCESS SECUREPAK INC.
and WALKENHORST'S INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiffs Drazen Markovic and Darius Walker filed this case in the Circuit Court for Dane County, Wisconsin. On January 23, 2009, defendants Michael Reigh, Jackie Kuhn, Department of Corrections of the State of Wisconsin, Richard F. Raemisch, John Bett and Larry Jenkins removed the action to this court and paid the $350 filing fee.[1] However,

---

[1] In the notice of removal, dkt. #1, the removing defendants state that all defendants consent to removal of the case to this court.

1

because plaintiffs are prisoners, they are subject to the 1996 Prison Litigation Reform Act. Under the act, a plaintiff cannot proceed with this action unless the court grants him permission to proceed after screening his complaint pursuant to 28 U.S.C. § 1915A.

ORDER

IT IS ORDERED that plaintiffs' complaint is taken under advisement. As soon as the court's calendar permits, plaintiffs' complaint will be screened pursuant to 28 U.S.C. § 1915A to determine whether the case must be dismissed either because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. The parties will be notified promptly when such a decision has been made. In the meantime, if either plaintiff needs to communicate with the court about their case, he should be sure to write the case number shown above on his communication.

Further, IT IS ORDERED that the motion of defendants Reigh, Kuhn, Department of Corrections, Raemisch, Bett and Jenkins for screening of the complaint, dkt. #2, is

GRANTED.

Entered this 28th day of January, 2009.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge