# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DRAZEN MARKOVIC and
DARIUS WALKER,

        Plaintiffs,

    v.

DEPARTMENT OF CORRECTIONS OF
THE STATE OF WISCONSIN, RICHARD
F. RAEMISCH, JOHN BETT, J.L. MARCUS
INC., UNION SUPPLY INC., ACCESS
SECUREPAK INC. WALKENHORST'S INC.,
LARRY JENKINS, MICHAEL REIGH and
JACKIE KUHN,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 09-cv-42-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____4/30/09_____
Date